**McKEE & COMPANY, a partnership, Appellant,**

v.

**FIRST NATIONAL BANK OF SAN DIEGO, a national banking association, Appellee.**

**No. 22065.**

United States Court of Appeals
Ninth Circuit.
June 21, 1968.

Thomas R. Mitchell (argued), of Hervey & Mitchell, San Diego, Cal., for appellant.

Harry Hargreaves (argued), of Procopio Cory, Hargreaves & Savitch, San Diego, Cal., for appellee.

Before CHAMBERS and ELY, Circuit Judges, and BYRNE, District Judge.

PER CURIAM:

The judgment is affirmed. The question of denying an injunction is moot. This is for the reason that all of the events sought to be enjoined have now occurred.

Our judgment is without prejudice to any new action claiming damage occurring subsequent to the dismissal.

The parties shall bear their own costs.